IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § § | CRIMINAL NO. 3:25-mj-02290-MAT |
| NARALI AREVALO-CASAY, | § § § | |
| Defendant. | § § | |

**UNITED STATES' LIST OF PROPOSED EXHIBITS**

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Body Worn Video of Apprehension | | |
| 2 | I-213 (First Page) | | |
| 3 | Map of Ft. Bliss National Defense Area | | |
| 4 | Profile Photograph of Area of Apprehension | | |
| 5 | Land Transfer Certificate of Records | | |
| 6 | Land Dee History (89 pages) | | |
| 7 | GSA Land Transfer (24 pages) | | |
| 8 | Area of Apprehension | | |
| 9 | GSA Land Holding (24 pages) | | |
| 10 | Land Transfer to Fort Bliss | | |
| 11 | Fort Bliss Order | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DATED this 11th day of June, 2025.

        Respectfully Submitted,

        JUSTIN R. SIMMONS
        UNITED STATES ATTORNEY

By:   */s/*_____
      Adam Hines
      Texas Bar 24110004
      Assistant U.S. Attorney
      700 E. San Antonio, Suite 200
      El Paso, Texas 79901
      (915) 534-6884

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this document will be provided to Defendant's Attorney.

                                              */s/*
                                              Adam Hines
                                              Assistant U.S. Attorney