IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NARALI AREVALO-CASAY,<br><br>Defendant. | §<br>§<br>§<br>§  CRIMINAL NO. EP-25-MJ-2290-MAT<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AMENDED UNITED STATES' LIST OF PROPOSED EXHIBITS

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Video of Apprehension (Body Camera) | | |
| 2 | I-213 (First Page) | | |
| 3 | Map of Ft. Bliss National Defense Area | | |
| 4 | Land Transfer Certificate of Records | | |
| 5 | Land Dee History (89 pages) | | |
| 6 | GSA Land Transfer (24 pages) | | |
| 7 | GSA Land Holding (24 pages) | | |
| 8 | Land Transfer to Fort Bliss | | |
| 9 | Fort Bliss Order | | |
| 10 | Map of Area of Apprehension | | |
| 11 | Photograph – Area of Apprehension | | |
| 12 | Photograph – Area of Apprehension | | |
| 13 | Photograph – Area of Apprehension | | |
| 14 | Photograph – Area of Apprehension | | |
| 15 | Photograph – Fencing near water facility | | |
| 16 | Photograph – Fencing near water facility | | |
| 17 | Photograph – Railroad crossing | | |
| 18 | Photograph – Railroad crossing | | |
| 19 | Photograph – Railroad crossing | | |
| 20 | Photograph – Fencing under the 375 over-pass | | |
| 21 | Photograph – Rail Yard near an over-pass | | |
| 22 | Photograph – NDA warning sign | | |
| 23 | Photograph – NDA warning sign | | |
| 24 | Photograph – Rail Yard | | |
| 25 | Photograph – Rail Yard | | |

| 26 | Radio Traffic | | |
| 27 | Radio Traffic Transcript | | |
| 28 | Body Camera GPS Data | | |
| 29 | List of NDA sign placement as of May 8, 2025 | | |
| 30 | Photograph – NDA area | | |
| 31 | Photograph – NDA area | | |

DATED this 20th day of June, 2025.

                                          Respectfully Submitted,

                                        JUSTIN R. SIMMONS
                                        UNITED STATES ATTORNEY

By:    */s/*_____
        Kyle Myers
        Texas Bar 24049933
        Assistant U.S. Attorney
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884
        kyle.myers@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this document will be provided to Defendant's Attorney.

                                        */s/*_____
                                        Kyle Myers
                                        Assistant U.S. Attorney